IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN OVALLE SOLIS,<br><br>Defendant. | **8:23CR215**<br><br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 463), judgment is entered in favor of the government and against defendant Jonathan Ovalle Solis.  *See* Fed. R. Civ. P. 58.

Dated this 21st day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge